IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00174-RJC-DSC

| | |
|---|---|
| USA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | <u>ORDER</u> |
| ) | |
| CHRISTOPHER BERNARD HOUGH, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 11), the Indictment, (Doc. No. 1), without prejudice, following his guilty plea to an Information filed in Case No. 3:19-cr-264.

**IT IS ORDERED** that the Government's motion, (Doc. No. 11), is **GRANTED** and the Indictment, (Doc. No. 1), is **DISMISSED** without prejudice.

Signed: September 26, 2019

Robert J. Conrad, Jr.
United States District Judge